UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON,<br><br>    Plaintiff,<br><br>v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>    Defendants. | Case No. 3:17-cv-07367-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

Plaintiff failed to appear at the April 26, 2018 hearing on the motion to dismiss. The absence was unexcused. Plaintiff is ordered to show cause in writing by **May 3, 2018** why this case should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If a written response is not filed by that date, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 26, 2018

_____
JAMES DONATO
United States District Judge